Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

Cassidy J. Camp

)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)

Jury Trial: *(check one)* ☑Yes ☐No

–v–

)
)

FILED BY __MEE__ D.C.

Overtime Building Miantenance INC.
Timothy Finnerty
William Shofstall

)
)
)

JAN 07 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cassidy J. Camp |
| Street Address | 1035 35th Street |
| City and County | West Palm Beach (Palm Beach County) |
| State and Zip Code | Florida 33407 |
| Telephone Number | 620-931-8242 |
| E-mail Address | cazcdcamp@yahoo.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

**Defendant No. 1**

| | |
|---|---|
| Name | Overtime Building Miantenance Inc. |
| Job or Title *(if known)* | |
| Street Address | 1335 Old Okeechobee Rd. Suite 500 |
| City and County | West Palm Beach (Palm Beach County) |
| State and Zip Code | Florida 33401 |
| Telephone Number | 561-659-9791 |
| E-mail Address *(if known)* | office@otbuildingmaintenance.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Timothy Finnerty |
| Job or Title *(if known)* | Owner/CEO |
| Street Address | 1335 Old Okeechobee Rd Suite 500 |
| City and County | West Palm Beach (Palm Beach County) |
| State and Zip Code | Florida 33401 |
| Telephone Number | 561-659-9797 |
| E-mail Address *(if known)* | office@otbuildingmaintenance.com |

**Defendant No. 3**

| | |
|---|---|
| Name | William Shofstall |
| Job or Title *(if known)* | |
| Street Address | 828 Squire Drive |
| City and County | Wellington (Palm Beach County) |
| State and Zip Code | Florida 33414 |
| Telephone Number | 561-659-9791 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

### C.   Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Overtime Building Maintenance |
| Street Address | 1335 Old Okeechobee Rd. Suite 500 |
| City and County | West Palm Beach (Palm Beach County) |
| State and Zip Code | Florida 33401 |
| Telephone Number | 561-659-9791 |

## II.   Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [✔] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [✔] Relevant state law
- [ ] Relevant city or county law

## III.   Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### A.   Nature of employer's business:
Commercial cleaning, janitorial and office maintenance.

### B.   Dates of employment:
Sept 2018 - December 23, 2019

### C.   Employee's job title and a description of the kind of work done:
Accountant/Bookkeeper. I handled for Overtime Building Miantenance, invoicing the customers, bank reconciliations, completing and producing financial statements, paid the utilities, rent for their office, making deposits of the monies received from the customers, payroll, and Human Resources
For Timothy Finnerty, I paid car payments, car insurance, paid his house's pest control

### D.   Rate, method, and frequency of wage payment:

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Overtime Building Maintenance and Timothy Finnerty misclassified me as an Independent Contractor for over an year (Sept. 2018-December 2019). I was paid without taxes deducted from my checks, no taxes paid in my behalf, no overtime pay,and not offered any employee benefits (health care or dental, vacation,sick time, or holiday pay).
2. Overtime Building Maintenance, Timothy Finnerty, and I agreed on June 5, 2019, I would be at the company for at least another year (June 5, 2020). I was wrongfully terminated on December 22, 2019.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court to order Overtime Building Miantenace and Timothy Finnerty to pay:
Overtime Wages not paid for over a year because of being misclassified as Independent Contractor= $2,880.00
Health/Dental benefits= $8000.00
Holiday Pay= $1920.00
Loss wages because of Breach of Contract= $19,500.00
Emotional distress; losing job (Wrongful Termination) and all means to provide for my family= $10,000.00
Any other damages the court awards.

Started September 2018 at $20.00 an hour, in December 2018 at $22.00 an hour, in January 2019 $24.00 an hour and in June 2019 $3000 per month.

E.   Number of hours actually worked each week in which a violation is claimed:
42,47,46,45,50,50,46,48,46,47,47, and 46

F.   Description of the alleged violation(s) *(check all that apply)*:

☐   Failure to pay the minimum wage *(explain)*

☑   Failure to pay required overtime *(explain)*
Misclassified as an Independent Contractor; paid staight hours and not overtime

☑   Other violation(s) *(explain)*
Recordkeeping; myself and other employyes records of time were not kept in order to accurately pay overtime

G.   Date(s) of the alleged violation(s):
Sept 2018 - December 2019

H.   Additional facts:
I interviewed twice with the Defendants, I was trained by the Defendant, I received my payment on the Defendant's payroll day, and the Defendant controlled how my work was done and completed.

There are serval other employees misclassfied as Independent Contractors.  The Defendants do this to avoid overtime and paying taxes.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Holiday Pay= $1920.00
Overtime Wages not paid for over a year because of being misclassified as Independent Contractor= $2,880.00
Health/Dental benefits= $8000.00
Punitive Damages in the amount of $10,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____ 01/07/2020

Signature of Plaintiff _____

Printed Name of Plaintiff      Cassidy J. Camp

### B. For Attorneys

Date of signing: _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number             _____

Name of Law Firm          _____

Street Address            _____

State and Zip Code        _____

Telephone Number          _____

E-mail Address            _____